**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BETTY J. SMITH                                                    PLAINTIFF

V.                              CASE NO. 4:10CV01534 JMM

DOLGENCORP, LLC, d/b/a
DOLLAR GENERAL                                          DEFENDANTS

<u>**ORDER**</u>

Pending are the parties' objections to deposition designations and counter-designations.

Following a review of the pleadings and the deposition transcripts, the Court finds and orders as

follows:

1.  Defendant's objections to the deposition testimony of Dr. Robert Cheek at pages 16-

17, lines 20-1; pages 19-20, lines 25-7; and pages 22-23, lines 25-5 are sustained.   Defendant's

remaining objections to the deposition testimony of Dr. Cheek are overruled.

2.  Defendant's objections to the deposition testimony of Dr. Theresa Wyrick-Glover at

pages 20-21, lines 18-13; and page 89, lines 11-21 are sustained.  Defendant's remaining

objections to the deposition testimony of Dr. Wyrick-Glover are overruled.

3.  Defendant's objections to the deposition testimony of Dr. William Doss at page 8,

lines 4-12; pages 18-19, lines 24-3; page 32, lines 7-20; and page 33, lines 5-15 are sustained.

Defendant's objections to the deposition testimony of Dr. Doss at page 18, lines 8-23 are

overruled with the redaction offered by Plaintiff.  Defendant's remaining objections to the

deposition testimony of Dr. Doss are overruled.

4.  Plaintiff's objections to the deposition testimony of Dr. Cheek at page 54, line 12 are

sustained.  Plaintiff's remaining objections to the deposition testimony of Dr. Cheek are

overruled.

5.  Plaintiff's objections to the deposition testimony of Dr. Wyrick-Glover at page 47, lines 19-23 are sustained.  Plaintiff's remaining objections to the testimony of Dr. Wyrick-Glover are overruled.

6.  Plaintiff's objections to the deposition testimony of Dr. Doss at page 29, line 22 is sustained. Plaintiff's remaining objections to the deposition testimony of Dr. Doss  are overruled.      IT IS SO ORDERED this 5th day of January, 2012.


James M. Moody
United States District Judge