# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BETTY J. SMITH**                                                                        **PLAINTIFF**

V.                              CASE NO. 4:10CV01534 JMM

**DOLGENCORP, LLC, d/b/a**
**DOLLAR GENERAL**                                                             **DEFENDANTS**

## JUDGMENT ON JURY VERDICT

This action came on for trial January 9, 2012, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 12, 2012, in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Betty J. Smith, take nothing on this complaint against Dolgencorp, LLC, d/b/a Dollar General and the same is hereby dismissed.

Dated this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE